# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov
_____ Amended/Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: HENRY TARRIO  JOINT DEBTOR_____CASE NO.: 06-15153-BKC-RAM
Last Four Digits of SS# _____  Last Four Digits of SS# 7147

G This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

| | | |
|---|---|---|
| A. | $ 2712.08 | for months 1 to 60 ; |
| B. | $_____ | for months _____ to _____; |
| C. | $_____ | for months _____ to _____; in order to pay the following creditors: |

Administrative:  Attorney's Fee - $ 4,574.00 _____  TOTAL PAID $ 999.00

Balance Due  $ 3,575.00 _____  payable $ 715.00 /month (Months 1 to 5 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

Name: Mortgage Electronic Registration  Arrearage on Petition Date $ 42,538.51 .
c/o Codilis & Strwarski  Arrears Payment  $ 53.56 _____ /month (Months 1 to 5 )
4010 Boy Scout Boulevard  Arrears Payment  $ 768.56 _____ /month (Months 6 to 60 )
Suite 450  Regular Payment  $ 1696.97 _____ /month (Months 1 to 60 )
Tampa FL 33607
Account No:

Name:  Arrearage on Petition Date $_____ .
Address:  Arrears Payment  $_____ /month (Months _____ to _____)
   Arrears Payment  $_____ /month (Months _____ to _____)
Account No:  Regular Payment  $_____ /month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____ To | |
| | $ | % | $ | _____ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____  Total Due $
   Payable  $_____/month (Months_____ to ____) Regular Payment $
2._____  Total Due $
   Payable  $_____/month (Months_____ to ____) Regular Payment $

Unsecured Creditors: Pay $_____/month (Months_____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____  Joint Debtor
Debtor  Date:_____
Date: 11/9/06